IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SHUIYING WANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-651 |
| | ) |
| JOHN DOE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 30, 2024, in response to the Motion to Set Aside Default by Defendant Domain Names 739.com and 860.com.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that the Motion to Set Aside Default by Defendant Domain Names 739.com and 860.com is GRANTED. The Order granting Default Judgment is VACATED as it relates to Defendant Domain Names 739.com and 860.com. It is further

ORDERED that Defendant Domain Names 739.com and 860.com be permitted twenty-one (21) days from entry of this Order to file a responsive pleading to the Complaint. It is further

ORDERED that the Clerk of Court re-open this case.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 20, 2024